Amy L. THERON, Plaintiff–Appellant,

v.

Dr. Hans W. SOLLINGER and Dr. Debra A. Hullett, Defendants–Appellees,

and

Wisconsin Alumni Research Foundation, Defendant–Appellee.

No. 00–1532.

United States Court of Appeals, Federal Circuit.

Jan. 17, 2001.

## ORDER

Amy L. Theron moves to voluntarily dismiss her appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.